# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

SUCCESSFULMATCH.COM, INC. d/b/a
POSITIVE SINGLES,

      Plaintiff,

v.

JADA RIDLEY,

      Defendant.

Docket No. _____

JURY DEMANDED (12)

## COMPLAINT

Plaintiff SuccessfulMatch.Com, Inc. d/b/a PositiveSingles ("Plaintiff") files this Complaint supported by the Declaration of Jason Du for its causes of action against Defendant Jada Ridley ("Defendant"). For its causes of action against Defendant, Plaintiff states the following:

## JURISDICTION AND VENUE

1.      Plaintiff SuccessfulMatch.Com, Inc. d/b/a PositiveSingles is a Delaware corporation with its principal office located at Toronto, Ontario, Canada.

2.      Upon information and belief, Defendant Jada Ridley is a resident of Anson County, and may be served at her personal residence located at 2425 W. Wall Street, Wadesboro, North Carolina, 28170.

3.      This Court has subject matter jurisdiction over this action pursuant to 28 § U.S.C. 1332 because there is a complete diversity of citizenship between Plaintiff and Defendant and because the amount in controversy exceeds $75,000.00, exclusive of fees and costs.

4.      This Court has personal jurisdiction over Defendant by virtue of the fact that Defendant is a resident of Western District, Anson County, North Carolina.

5.     Venue is proper in the Western District of North Carolina pursuant to 28 § U.S.C. 1391 because Defendant resides in this judicial district, is otherwise subject to the personal jurisdiction of this Court, and a substantial portion of the acts and omission giving rise to this action have occurred in this judicial district.

## FACTS

6.     Plaintiff owns and operates a dating website called "PositiveSingles" (the "Website").

7.     The Website is for single persons who have tested positive for sexually transmitted diseases ("STDs", or singularly "STD"), including HIV and AIDS.

8.     The Website is a safe place for STD affected persons to meet and date other affected persons, to prevent further spread of STDs.

9.     Given the nature of the Website, the information shared by a user who has joined the Website ("Member") is extremely private and sensitive.

10.     The privacy of all Members of the Website is essential to Plaintiff's providing its service.

11.     In order to create a profile and use the Website, a person must affirmatively accept the terms of an End User Services Agreement (the "Service Agreement") by clicking a box states that the member "Agrees to the Service Agreement and Privacy Policy." This Complaint is supported by the Declaration of Jason Du, and the Service Agreement is attached to such Declaration as **Exhibit 1**.

12.     The Service Agreement and Privacy Policy are hyperlinked next to the check box.

13.     The Service Agreement is clear that by clicking the "I AGREE" box, a person is bound by the terms of the Service Agreement.

2

14. No website user is permitted to proceed past this screen without affirmatively clicking the check box to reflect the user's agreement to the hyperlinked terms of the Service Agreement and Privacy Policy.

15. By accepting the terms of the Service Agreement, a person agrees that they intend to use the Website to establish "a meaningful connection."

16. An individual should not be joining the Website to either peruse or expose Members of the Website.

17. Defendant joined the Website to peruse and intentionally expose Members of the Website.

18. After accepting the terms of the Service Agreement, a Member can create a profile.

19. Member profiles include personal information, referred to in the Service Agreement as "Content," such as a Member's age, location, career, interests, the kind of person they seek to date, and the STD they carry (collectively referred to herein as "Content" or "Member Content").

20. Members will also typically upload photographs of themselves.

21. The only people who can view a Member's Content are other Members of the Website who have accepted the Service Agreement.

22. Member profiles are not publically available.

23. By accepting the terms of the Service Agreement, a Member "covenants, represents and warrants" that they will never use, disclose, or share another Member's Content for "retaliatory or revenge-driver purposes or publicity purposes."

24. Under Section 5.1 of the Service Agreement, a Member agrees, among other things, not to:

3

a. "Download Content posted by another user of [Plaintiff's] Service that you know, or reasonably should know, cannot be legally reproduced, displayed, performed, and/or distributed in such manner[;]" or,

b. "Use [Plaintiff's] Service or any Content therein, including without limitation any personal information or other Content related to any other Member, for any business, marketing, advertising, or other commercial purposes or for any other purposes that are not explicitly authorized by this Agreement."

25. The Service Agreement prohibits Members from using other Members' Content for any improper or unauthorized purpose, and grants Plaintiff the power to enforce these restrictions.

26. The Service Agreement makes clear that a violation of the covenant not to misuse or disclose another Member's Content is a material breach of the Service Agreement.

27. The Service Agreement also expressly states that a violation of the covenant not to misuse or disclose another Member's Content "shall also cause material damage to the reputation and business" of the Plaintiff.

28. On January 22, 2025, Defendant affirmatively accepted and agreed to the Service Agreement.

29. Less than 24 hours later, on January 23, 2025, Defendant posted the following on Facebook:



**Jada Ridley**
January 23 · 🌐

Ok so there's a app called POSITIVE SINGLE which is a dating app use for people with AIDS, HIV, STD HERPES ETC ETC anyways y'all stay safe out here CC BRING AWARENESS ONLY

😮😠😆 373          2.6K comments   4.2K shares

4

30.     In the comments of her post, Plaintiff posted screenshots of certain Members of the Website (the "Exposed Members").

31.     These screenshots contain full body images of the Exposed Members, as well as their Content. These images are not made a part of this Complaint given the sensitive nature of the Content contained in the images.

32.     Upon information and belief, Defendant posted these screenshots for retaliatory, revenge-driven, or merely for publicity purposes.

33.     Upon information and belief, Defendant created an account on the Website for the sole purpose of obtaining private Member Content and making it public to the detriment of Plaintiff and the Exposed Members.

34.     Defendant acted willfully and maliciously to expose Member Content.

35.     When Defendant posted the Member Content, she had over 4,000 Facebook followers.

36.     Over 2,700 people commented on Defendant's Facebook post, and over 5,000 people shared the post.

37.     Upon information and belief, Defendant also shared the Exposed Members' Content to other social media platforms, including, but not limited to Instagram, meaning thousands of other people have viewed it.

38.     The Service Agreement provides that all Members grant Plaintiff authority to take action on their behalf against any infringing use of their content by any other Members or third parties.

39.     Plaintiff and the Exposed Members have suffered irreparable harm in that Member Content has been publicly shared.

5

40.     The Exposed Members, who agreed to the terms of the Service Agreement, rightfully believed that their Content would not be used, disclosed, or shared.

41.     Upon information and belief, Defendant has continued to share and disclose Member Content in violation of the Service Agreement on other social media platforms and via written communications.

42.     As a result of the Defendant's actions, the security of the Website has been jeopardized and Plaintiff's reputation has been irreparably harmed.

43.     Plaintiff and the Exposed Members have suffered damages as a result of Defendant's actions including, but not limited to, the irreparable harm of Member Content being improperly used and shared, loss of reputation, and lost profits, plus attorneys' fees and costs associated with bringing with this action.

## COUNT I – INJUNCTIVE RELIEF

44.     Plaintiff incorporates herein by reference the above paragraphs, inclusive, as though fully set forth herein.

45.     Injunctive relief requiring that Defendant immediately remove and delete any and all Member Content in her possession and cease from using or sharing any Member Content is warranted and necessary because the Content is inherently private and continually disclosure will necessarily harm the reputation of Plaintiff and the Exposed Members, making a mere monetary damage award an inadequate remedy at law to compensate the wrongful acts of the Defendant.

46.     Upon information and belief, as of the filing of this Complaint, Defendant has failed to remove her social media posts containing Member Content.

47.     No adequate remedy at law exists to address the loss of reputation, privacy, and business opportunities.

6

48.     Plaintiff and the Exposed Members have and will continue to suffer immediate and irreparable injury, loss, and damage if the Defendant is not enjoined from using and sharing Member Content.

49.     Plaintiff has demonstrated through this Complaint a substantial likelihood of prevailing on the merits.

50.     Plaintiff requests equitable relief to include, but is not necessarily limited to, the following:

    a.   The Court enjoin Defendant from viewing or otherwise using the Website, whether through in account made by Defendant, or the account of any other person, and through any means by which PositiveSingles may be accessed;

    b.   The Court enjoin Defendant from downloading, screenshotting, copying or otherwise using any Member Content;

    c.   The Court enjoin Defendant from distributing Member Content by any means, including but not limited to, social media, text message, and email;

    d.   The Court order that the Defendant immediately delete any and all postings containing Member Content on any public site, including, but not limited to, Facebook and Instagram;

    e.   The Court order that the Defendant immediately delete all Member Content from all electronic devices in her possession; and,

    f.   And for such other equitable relief as the court may deem just and proper.

## COUNT II - BREACH OF CONTRACT

51.     Plaintiff incorporates herein by reference the above paragraphs, inclusive, as though fully set forth herein.

7

52.     The Service Agreement constitutes a valid and binding contract.

53.     On January 22, 2025, Defendant accepted the Service Agreement.

54.     The Defendant breached the Service Agreement by becoming a Member for the sole purpose of obtaining Member Content and exploiting Plaintiff's Members.

55.     The Defendant breached the Service Agreement by using, sharing, and disclosing Member Content.

56.     As a result of the Defendant's actions, Plaintiff and the Exposed Members have suffered irreparable harm in Member Content has become public.

57.     Accordingly, Plaintiff is entitled to compensatory, consequential, and economic damages, including but not limited to loss of and harm to reputation, loss of business, lost profits, attorneys' fees and costs associated with bringing with this action, and any other damages to which Plaintiff is entitled.

## COUNT III – HARM TO REPUTATION, LOSS OF BUSINESS, AND LOST PROFITS

58.     Plaintiff incorporates herein by reference the above paragraphs, inclusive, as though fully set forth herein.

59.     By sharing Member Content, Defendant has harmed the reputation and business prospects of Plaintiff.

60.     The Service Agreement also expressly states that a violation of the covenant not to misuse or disclose another Member's Content "shall also cause material damage to the reputation and business" of the Plaintiff.

61.     Accordingly, Plaintiff is entitled to compensatory, consequential, economic, and punitive damages in tort.

## PRAYER FOR RELIEF

8

WHEREFORE, Plaintiff prays for the following relief:

1.       That process be issued requiring the Defendant to appear and answer this Complaint;

2.       That a jury of twelve (12) be empaneled to try this case;

3.       That the Court grant a temporary injunction ordering that the Defendant, as well as any of her agents, representatives, and any other person(s) acting in concert with or for the benefit of the Defendant, be enjoined from acting or required to act as follows: (1) The Court enjoin Defendant from viewing or otherwise using the Website, whether through in account made by Defendant, or the account of any other person, and through any means by which PositiveSingles may be accessed; (2) The Court enjoin Defendant from downloading, screenshotting, copying, or otherwise using Member Content; (3) The Court enjoin Defendant from distributing Member Content by any means, including but not limited to, social media, text message, and email; (4) The Court order that the Defendant immediately delete any and all postings containing Member Content on any public site, including, but not limited to, Facebook and Instagram; (5) The Court order that the Defendant immediately delete all Member Content from all electronic devices in her possession; and, (6) And for such other equitable relief as the court may deem just and proper.

4.       That judgment is entered in favor of Plaintiff against the Defendant for the causes of action alleged in an amount to be determined at trial, including but not limited to all, plus interest and costs;

5.       That Plaintiff be awarded attorneys' fees;

6.       That Plaintiff be awarded punitive damages based on the Defendant's conduct being willful and wanton;

9

7.	That Plaintiff be awarded pre- and post-judgment interest at the maximum rate permitted by law;

8.	That costs of this proceeding be taxed to the Defendant; and,

9.	Such other relief as the Court may deem appropriate.

DATED this 12th day of March, 2025.

Respectfully submitted,
BUCHALTER, A Professional Corporation

*/s/Jeffrey W. Melcher*
Jeffrey W. Melcher
North Carolina Bar Number 17703
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (626) 224-6606
Facsimile: (615) 329-4485
jmelcher@buchalter.com

10

# IN THE UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUCCESSFULMATCH.COM, INC. d/b/a POSITIVESINGLES, | Docket No. _____ |
|       Plaintiff, | |
| v. | |
| JADA RIDLEY, | |
|       Defendant. | |

## DECLARATION OF JASON DU

I, Jason Du, declare as follows:

1.     Plaintiff SuccessfulMatch.com is a Delaware corporation with its principal place of business in Toronto, Ontario. I am the Chief Executive Officer of Plaintiff Successfulmatch.com, and have held that position since 2001. Successful.Match.com owns and operates internet dating websites, including a dating website that operates under the fictitious business name PositiveSingles. I have personal knowledge of the facts contained herein and if called upon to testify, I could and would competently do so.

2.     PositiveSingles is a dating website for people who are afflicted with sexually transmitted diseases (STDs). Our goal is to provide an environment for people with STDs that makes the experience of dating as comfortable and safe as possible for people living with such conditions, and to provide an on-line community for like-minded individuals. Our member's privacy is essential to our providing this service. If our members and other potential users fear exposure, the service we provide will cease to exist. Therefore, we seek to protect the privacy of our members, and take action when someone, such as the defendant, exposes our members and

BN 87651012v1

J. R.

their medical conditions without understanding or caring about the damage they may do to our members' lives.

3.   To become a member, a user must agree to be bound by the PositiveSingles Service Agreement. The user does so when creating an account, which requires the user to check a box that states that the user "Agrees to the <u>Service Agreement</u> and <u>Privacy Policy</u>." The Service Agreement and Privacy Policy are hyperlinked next to the check box. No website user is permitted to proceed past this screen without affirmatively clicking the check box to reflect the user's agreement to the hyperlinked terms of the Service Agreement and Privacy Policy. A true and correct copy of the account creation screen is attached hereto as **Exhibit 1**. A true and correct copy of the Service Agreement is attached as **Exhibit 2**. The Defendant, Jada Ridley, clicked the "Agree" box and became a member of PositiveSingles subject to the terms and conditions of the Service Agreement and Privacy Policy.

4.   The first step a PositiveSingles member takes to connect with other members is to create a profile. Member profiles include personal information members intend to share with other PositiveSingles members seeking to date, such their age, location, career, interests, the kind of person they seek to date, and their STD. They will also typically upload photographs of themselves. Only other members may view these profiles.

5.   The Service Agreement prohibits members from using other members' personal information for any improper or unauthorized purpose, and grants PositiveSingles the power to enforce these restrictions. Rather than authorize members to disclose private personal information of other members, the Service Agreement prohibits such conduct, and includes the following terms:

BN 87651012v1

J. D.

6. The Service Agreement at Section 3.2 defines a member's "Content" as follows: "3.2 Content You Post. During your use of the Services, You may be able to post pictures, text, images, content and/or other material in connection with your Member profile and use of the Services ("Content").

7. The Service Agreement Section 5 is entitled "RESTRICTIONS/CODE OF CONDUCT," and provides in pertinent part:

> **"You agree not to do any of the following:** ...
> *** Download Content posted by another user of our Service that you know, or reasonably should know, cannot be legally reproduced, displayed, performed, and/or distributed in such manner.**
> ***Use our Service or any Content therein, including without limitation any personal information or other Content related to any other Member**, for any business, marketing, advertising, or other commercial purposes or **for any other purposes that are not explicitly authorized by this Agreement.**

8. Service Agreement Section 14.2 clearly explains that every member is bound by the confidentiality provisions in the RESTRICTIONS/CODE OF CONDUCT: "14.2 We take your privacy very seriously and has a number of provisions in the Service Agreement designed to protect your privacy and confidential information communicated between you and another member you meet on our site. Each Member is bound by the confidentiality provisions of set forth in the "Restrictions/Code of Conduct" provisions in Section 5 herein.

9. Service Agreement Section 4.3 grants PositiveSingles the right to enforce the Service Agreement's prohibitions against publishing or using another member's personal information, and provides in pertinent part: "4.3 Furthermore, to help SuccessfulMatch prevent the unauthorized use of your Content beyond the Service, you grant SuccessfulMatch the authority to take action on your behalf against any infringing use of your Content by other users or third parties."

BN 87651012v1

J.D.

10.     Defendant breached the Service Agreement by publishing other members' personal information, including their photographs and private medical information, in social media. Defendant made other members and their illnesses, and their dating others with STDs, the subject of her social media. Defendant engaged in and solicited discussions with others about other members dating, and offered her own opinions and disparaging comments.

11.     People with STDs need a dating community, just like everyone else. Unless the court enjoins Defendant's conduct, members will continue to have their private personal information exposed on the internet. This kind of exposure to potentially millions of people over the internet more than upsetting to our members. It causes extreme emotional distress. It is an invasion of their personal privacy on a level that may affect their lives and relationships, and their willingness to engage in an STD community for fear of being exposed. Accordingly, we ask the court to enjoin Defendant's conduct before she does any more damage.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on March 12, 2025.

Jason Du
_____
JASON DU

BN 87651012v1

# EXHIBIT 1



# CREATE AN ACCOUNT

**Email Address**

Consent to Our Service Agreement and Privacy Policy

A Service Agreement and a separate Privacy Policy govern the relationship between PositiveSingles.com and all of its members. To become one of our members, you need to review and agree to the terms and conditions of both agreements and check the "Agree" box below. You will not be given access to the site if you disagree.

☐ Agree to both the Service Agreement and the Privacy Policy. I confirm that I am 19 years of age or older.

✓ Success!    CLOUDFLARE
                Privacy • Terms

**CONTINUE**

Already a member? Sign in

# EXHIBIT 2

# END USER SERVICE AGREEMENT

**Last Updated: January 17, 2025**

**1.** INTRODUCTION

**2.** OVERVIEW

**3.** PROFILE DISCLAIMER, PROFILE VISIBILITY AND YOUR CONTENT

**4.** USE RIGHTS

**5.** RESTRICTIONS/CODE OF CONDUCT

**6.** OUR PROPRIETARY RIGHTS

**7.** DISCLAIMER OF WARRANTIES

**8.** NO CRIMINAL BACKGROUND SCREENING

**9.** LIMITATION OF LIABILITY

**10.** INDEMNIFICATION

**11.** TERMINATION

**12.** CHANGES TO SERVICES AND TERMS OF THE AGREEMENT

**13.** THIRD PARTY WEBSITES

**14.** PRIVACY

**15.** MINORS

**16.** ACCESSIBILITY STATEMENT

**17.** COMMUNICATIONS

**18.** GENERAL

**19.** DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA")

**20.** PERSONAL USE ONLY - NO COMMERCIAL ACTIVITY PERMITTED

**21.** HARASSMENT OF SUCCESSFULMATCH OR POSITIVESINGLES STAFF IS PROHIBITED

**22.** QUESTIONS

## 1. INTRODUCTION

SuccessfulMatch.com, Inc., a Delaware corporation ("we", "us", or "our" or the "Company") is pleased to make the Company's PositiveSingles.com dating services (collectively, its "Service(s)") available through the Company's PositiveSingles.com website, mobile application, and/or other related platforms or technologies provided now or in the future (including but not limited to through AR/VR devices, wearables, and other emerging technologies) (hereinafter collectively, the "Site(s)").

By registering for the Service, or by otherwise using any of the Services, or by clicking any "I AGREE" box, you hereby agree to be bound by the terms set forth in this End User Service Agreement, our Privacy Policy, and all other provisions and policies associated with your access and use (collectively, the "Agreement").

PLEASE READ THE TERMS OF THE AGREEMENT CAREFULLY.

POSITIVESINGLES DOESN'T HAVE ANY SUBSIDIARY SITES AND APPS.

IF YOU CHOOSE TO ACCEPT THIS AGREEMENT BY CHECKING THE "AGREE" BOX, OR IF YOU OTHERWISE CHOOSE TO COMPLETE THE REGISTRATION PROCESS FOR ANY OF OUR SERVICES, OR IF YOU OTHERWISE CONTINUE TO USE ANY OF OUR SERVICES, YOU HEREBY UNDERSTAND AND AGREE THAT;

(I)YOU ARE AT LEAST 19 YEARS OLD AND HAVE REACHED THE AGE OF MAJORITY AND LEGAL CONSENT IN YOUR JURISDICTION;

(II)YOU HEREBY AUTOMATICALLY CONSENT TO BE BOUND BY, AND HEREBY AUTOMATICALLY AGREE TO, ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT (AS DEFINED ABOVE), INCLUDING WITHOUT LIMITATION ALL TERMS AND CONDITIONS OF BECOMING A MEMBER (DEFINED BELOW), THE ALTERNATIVE DISPUTE RESOLUTION PROVISIONS, THE CLASS ACTION WAIVER, AND THE PRIVACY POLICY; AND

(III)YOU CONSENT TO THE COLLECTION AND PROCESSING OF CERTAIN PERSONAL AND OTHER INFORMATION ABOUT YOU.

THE TERMS AND CONDITIONS OF THIS AGREEMENT MAY BE MODIFIED BY US AT ANY TIME, IN OUR SOLE DISCRETION, WITH OR WITHOUT NOTICE.

THE FOLLOWING IS A LINK TO THE COMPANY'S PRIVACY POLICY:
https://positivesingles.com/privacyPolicy

NO CHANGES (ADDITIONS OR DELETIONS) BY YOU TO THE AGREEMENT WILL BE ACCEPTED BY THE COMPANY.

IF YOU DO NOT WISH TO ACCEPT ALL TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT (AS DEFINED HEREIN), THEN YOU SHOULD NOT CHECK THE "AGREE" BOX OR COMPLETE THE REGISTRATION PROCESS FOR THIS SERVICE OR CONTINUE TO USE ANY OF OUR SERVICES.

THIS IS A BINDING CONTRACT BETWEEN YOU AND THE COMPANY, AND YOU SHOULD DOWNLOAD AND PRINT THIS PRIVACY POLICY FOR YOUR RECORDS.

For purposes of this Agreement, after you register with the Services, you will be referred to as a "Member". You may register as a Member of the Services at no cost to access some, but not all,

of the features of the Services. Additional features are available to Members through a paid subscription, as described below.

SuccessfulMatch.com, Inc., a Delaware corporation, owns and operates a number of Sites (as defined above) ("Main Sites").

When a Member registers and creates a profile with one Main Site, the Company will normally only share that Member's member profile or other information from that particular Main site with the other Main Sites pursuant to this Agreement, the Company's Privacy Policy, or as otherwise agreed to or consented to by the Member.

Without limiting the foregoing, and as described in further detail in Section 2 of this Agreement, we may share data about members of one Main Site with another Main Site for security and fraud prevention purposes.

In addition to our Main Sites, SuccessfulMatch.com, Inc. works with a number of other dating websites that help us provide potential matches for our Members ("Affiliate Sites").

THE COMPANY DOES **NOT** OWN OR OPERATE ANY OF THESE AFFILIATE SITES OR ANY THIRD PARTY SITES (AS DEFINED BELOW IN THIS AGREEMENT)

Each Main Site has its own Affiliate Sites that are specifically associated with the Main Site. Users who seek to register through the Affiliate Site will be redirected to the Main Site to become a Member. Anyone who seeks to register via an Affiliate Site for a Main Site will be directed to become a Member of the Main Site to use the Services through the Main Site. In addition to the registration function, our Affiliate Sites may provide additional information about our Services, including but not limited to frequently asked questions and contact information. Regardless of whether you register by accessing the Main Site or through one of its Affiliate Sites, you will become a Member of the Main Site to use the Services through the Main Site, your profile will be accessible to all other Members of that Main Site, including but not limited to those members who registered through a different Affiliate Site. For a full list of the Affiliate Sites, please [click here](#).

Separate from the Main Sites and Affiliate Sites, certain third party websites may provide links to our Main Sites and Affiliate Sites ("Third Party Sites"). AS DISCUSSED BELOW IN SECTION 13, THESE THIRD PARTY SITES ARE **NOT** OWNED OR OPERATED BY SUCCESSFULMATCH.COM, INC.

We are not responsible for the privacy policies or information practices of any of these Third Party Websites or Affiliate Sites; we also are not liable for any information that you share with any Affiliate Sites or Third Party Websites prior to being directed to us.

SuccessfulMatch will never sell your data to other platforms; however, if our company or its assets undergo a sale or reorganization, we may transfer any licenses you have granted to us.

## 2. OVERVIEW AND SUBSCRIPTION PROCESS

2.1 Setting up your Account. After you have consented to this Agreement and registered to use the Service, you can view other Member profiles, communicate with other Members, access and view our blog, and communicate with us through the Service. You need to create a Member account ("Account") and set up a member profile to use the Service. To set up an Account you need to: (i) be at least nineteen (19) years old and have reached the age of majority and legal consent in your place of residence or jurisdiction.(ii) have a valid email address; and (ii) select a user name and create a unique password; and (iv) provide any other information that we may require, now or in the future, as part of the setting up or maintaining your Account. You also must have a valid credit card/payment method if you choose to register for a paid subscription, which will provide you access to all the features and functions of our Service. We hereby reserve the right to authenticate your identity to ensure compliance with the terms of this Agreement and applicable law. By creating an Account you represent and warrant that all information you have provided is accurate and true. You will receive an email confirmation that includes a copy of the Agreement after you have successfully set up a profile and an Account.

2.2 Registering and creating your account serves as an application. All applications to become a Member are placed on a waiting list by default. After an internal review process, we determine, using our discretion, whether an applicant is eligible to join as a Member of PositiveSingles. We reserve the right to decline applications. Approval may not be immediate and can take time. Applicants on the waiting list are periodically reviewed for approval. If you wish to be removed from the waiting list, please email us at support<AT>PositiveSingles.com or contact us directly. We do not disclose reasons for keeping an application on the waiting list or approving or declining an applicant as a Member. Our decision is final and will not be reconsidered.

2.3 Account Types. You may register to use our Service as set forth above at no cost and use some, but not all, of the features of our Service. To access and use all features of our Service, you must enter into a paid subscription and complete the required verification process. You may elect for different subscription periods, as described in further detail when you register. Subscription fees are subject to change and are paid in advance of the subscription term that you choose.

2.4 Subscription Renewal and Cancellation. To ensure uninterrupted service, PositiveSingles offers automatic renewal of subscriptions. PositiveSingles reserves the right to renew your Membership for the selected subscription term (monthly, every 3 months, or every 6 months) unless terminated. Until terminated, PositiveSingles may automatically renew all paid subscriptions upon their expiration date. After the initial subscription term and any subsequent renewal periods, your subscription will automatically renew for the same duration. By agreeing to these terms, you acknowledge and consent to the automatic renewal of your account as described. If you wish to disable automatic renewal, modify, or cancel your subscription, please log in to the site, navigate to "Settings," and follow the provided instructions, or contact us.

2.5 Subscription Cancellation and Termination. Notwithstanding the foregoing, you may cancel a subscription within three (3) business days of subscribing to our Service to receive a refund by notifying us through the contact information provided below. This three business day

period is your "Trial Period". You may cancel your subscription at any time during the subscription term by contacting us at support<AT>PositiveSingles.com or [contact us](#). Subscription fees are non-refundable, except for cancellations during the Trial Period. Failure to pay subscription fees will result in termination of the paid Service and/or your Account.

2.6 No Payment Disputes. You acknowledge that all payments made on PositiveSingles are final and agree not to dispute or challenge any charges with your bank. Additionally, you agree that if you encounter any payment-related issues (such as auto-renew), you will [contact us](#) at support<AT>PositiveSingles.com first.

2.7 Account Security. You are solely responsible for: (i) maintaining the confidentiality of your email address or phone number used to create your Account; (ii) ensuring all information used in connection with our Service is accurate and current; and (iii) any activity you conduct through your Account, whether by you or someone else. You must immediately notify us of any unauthorized use of your Account. We reserve the right, in our sole discretion, to terminated this Agreement ( including without limitation the right to terminate or suspend your Account or permanently terminate your status as a Member), including if we have reason to believe that you have provided fraudulent information in connection with your Account or activities on our Service. For security and fraud prevention purpose, we may share data with our Affiliate Sites as well as our Main Sites.

You are entirely accountable for any actions conducted using your email address/phone number and password, including sharing your personal information with other users. You agree that we bear no responsibility for third-party access to your account or personal information when such access arises due to your actions or omissions, such as voluntarily sharing your email address, phone number, password, or other personal details. Furthermore, you agree that we are not liable for third-party access to your account or personal information resulting from the theft or unauthorized use of your email address, phone number, password, or other personal details under your possession, care, or control.

2.8 In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer.

## 3. PROFILE DISCLAIMER, PROFILE VISIBILITY AND YOUR CONTENT

3.1 Profile Visibility and Disclaimer. Your profile is used to connect you with other Members of the Service and will be visible to those Members. FOR THE AVOIDANCE OF DOUBT, WHEN YOU CREATE AN ACCOUNT AND USE OUR SERVICE, YOUR PROFILE WILL BE VISIBLE TO REGISTERED MEMBERS OF OUR SERVICE. AS EXPLAINED IN THE INTRODUCTION, TO ENHANCE YOUR OPPORTUNITY OF MEETING SOMEONE SPECIAL, WE WILL SHARE YOUR PROFILE WITH MEMBERS WHO REGISTER VIA OUR AFFILIATED WEBSITES IN ADDITION TO MEMBERS WHO REGISTER DIRECTLY VIA POSITIVESINGLES.COM. YOU CAN SEE A LIST OF THE CURRENT AFFILIATE WEBSITES FOR POSITIVESINGLES.COM VIA [THIS LINK](#). There are various features that enable you to block or restrict designated users from being able to view and/or access your profile, to provide more

anonymity by hiding certain photos, and to create private photo albums. Your profile will not be visible on any Third Party Site that provides links to our Main Site or Affiliate Sites.

3.2 Content You Post. During your use of the Services, You may be able to post pictures, text, images, content and/or other material in connection with your Member profile and use of the Services ("Content"). You understand that Content you post or share, including your user name and picture, may be viewed by other Members of the Service. 3.2You are solely responsible for your submitted Content and shall indemnify, defend and hold us and our employees, officers, directors, shareholders and agents harmless for any and all losses, costs, disputes, demands, claims and liabilities (including reasonable attorneys' fees) arising from your Content.

You acknowledge and agree that we may monitor, review, or inspect your profile and content, and we reserve the absolute right, at our sole discretion, to remove, delete, modify, restrict, promote, suspend, or otherwise deny access to your profile and Content at any time. Furthermore, you agree and understand that we are under no legal obligation to display, review, or maintain your profile or Content.

## 4. USE RIGHTS

4.1 Content. You hereby grant the Company a worldwide, perpetual, non-exclusive, royalty-free, sub-licensable and transferable license to use, reproduce, distribute, prepare derivative works of, and/or display any of your submitted Content at any time during the term of, and after the termination of, this Agreement. You have no reasonable expectation of privacy when using the Service because you understand that anything you post or communicate through the Service may be seen by other Members, including Members who you choose to communicate with you directly. You have the option to make some conversations or photo albums private so that only those Members whom you choose have access to them. You are solely responsible for all Content submitted to the Service. If you terminate your membership or delete Content from your profile, you acknowledge and agree that some Content may: (i) continue to be used by us as set forth in this Section; and/or (ii) remain available, including because of cached internet pages or other uses by third parties that are beyond our control. By checking the "Agree" box, you acknowledge that you understand and agree that we cannot and do not assume any liability for or relating to third party use or cached content which is beyond our control.

4.2 Service. Subject to your compliance with this Agreement, and only during the term of this Agreement, the Company grants you a limited, non-exclusive, non-transferable, revocable limited right to access and use our Service as expressly permitted herein, but for no other purposes whatsoever . We reserve all rights not expressly granted herein.

4.3 Furthermore, to help SuccessfulMatch prevent the unauthorized use of your Content beyond the Service, you grant SuccessfulMatch the authority to take action on your behalf against any infringing use of your Content by other users or third parties. Our license to your Content is governed by your rights under applicable laws (including, without limitation, laws regarding personal data protection, insofar as the Content contains personal information as

defined by those laws) and is granted solely for the limited purpose of operating, enhancing, providing, and improving the Service, as well as for research and development of new services.

## 5. RESTRICTIONS/CODE OF CONDUCT

5.1 You are solely responsible for your interaction with other Members of the Service, whether online or offline. We are not responsible or liable for the conduct of any Members. Please exercise common sense and prudent judgment in your interactions with others in all of your online and offline activities.

You agree not to do any of the following:

- Submit any direct or indirect endorsement or opinion of the product or services without disclosing any association or material connection you may have with such Content, as required by the Federal Trade Commission.
- Upload any Content for the purpose of intentionally misleading us or any other Service Member. Use the Service to engage in or solicit prostitution, to procure or facilitate another to commit prostitution, or to promote the prostitution of another person in any manner whatsoever.
- Publish, post, upload, distribute or disseminate any inappropriate, profane, defamatory, obscene, indecent or unlawful Content.
- Upload, or otherwise make available Content protected by intellectual property laws, including, by way of example, and not as limitation, copyright or trademark laws (or by rights of privacy or publicity) unless you own or control the rights thereto or have received all necessary consent to do the same.
- Upload Content or any files that contain viruses, Trojan horses, worms, time bombs, cancel bots, corrupted files, or any other similar software or programs that may damage the operation of our Service or another’s computer or property of another.
- Download Content posted by another user of our Service that you know, or reasonably should know, cannot be legally reproduced, displayed, performed, and/or distributed in such manner.
- Falsify or delete any copyright management information, such as author attributions, legal or other proper notices or proprietary designations or labels of the origin or source of Content or other material contained in a file that is uploaded.
- Resell or otherwise commercialize Content or any other function or feature of the Service.
- Use our Service or any Content therein, including without limitation any personal information or other Content related to any other Member, for any business, marketing, advertising, or other commercial purposes or for any other purposes that are not explicitly authorized by this Agreement.
- Include in your public profile any telephone numbers, street addresses, last names, URLs, email addresses, anatomical or sexual references or sexually suggestive language. You also agree not to post or send any photos containing nudity or otherwise vulgar or offensive materials through our Service.

- Use hateful or discriminatory language based on race, color, sex, sexual orientation, religion, nationality, ethnicity, marital status, disability, age or otherwise objectionable language.
- Spam or otherwise generally harass users of our Service.
- Violate any applicable laws including but not limited to the Communications Decency Act, 47 U.S.C. § 230(c), or regulations with respect to your access and use of Content and the Service.
- Seek compensation for dating.

You further agree that:

- You are intent on establishing a meaningful connection;
- You are not subject to any registration requirements under state, federal, or local sex offender laws or regulations;
- You maintain a single account within our Services and do not operate duplicate or multiple accounts;
- You have not previously been banned or removed from our Services, our Main Sites or those of our Affiliate Sites, unless expressly authorized by us in writing to create a new account;
- You comply with this Agreement and periodically review this page to stay informed of any updates;
- You represent yourself accurately and with integrity by uploading at least one photograph that clearly and verifiably displays your facial identity.

5.2 Each Member further covenants, represents and warrants to the Company as follows (hereinafter collectively referred to as the **"Covenant Not to Misuse Other Member's Personal Information"**)

(a) You will not use other Member's Personal Information (including without limitation any financial information of such other Member) or Contact other Members to promote your matchmaking business.

(b) Without limiting the foregoing in any way, each Member further agrees that for the lifetime of disclosing party, such Member will not disclose, share, or use another Member's Personal Information (including without limitation another Member's financial information, sex life, sexual orientation, health, and/or other private or confidential information) obtained through or as a result of using the Service for any commercial purposes, retaliatory or revenge-driven purposes or publicity purposes.

Each Member further acknowledges and agrees that any violation of any provisions of the Restrictions/Code of Conduct set forth in this Section 5 (including without limitation the foregoing Covenant Not to Misuse Other Member's Personal Information) shall constitute a material breach of this Agreement and shall also cause material damage to the reputation and business of the Company, and the Company shall have the right to exercise any and all remedies

at law, equity or contract as more fully set forth in Section 10 below, including without limitation the right to immediately terminate this Agreement, including without limitation permanently terminating the Member's status as a Member.

5.3 FOR CLARITY AND THE AVOIDANCE OF DOUBT, WE RESERVE THE RIGHT TO IMMEDIATELY AND PERMANENTLY TERMINATE YOUR USE OF THE SERVICE AND YOUR STATUS AS A MEMBER (IN OUR SOLE DISCRETION) IF WE DETERMINE THAT YOU HAVE VIOLATED ANY PROVISION OF THE AGREEMENT, INCLUDING WITHOUT LIMITATION ANY PROVISIONS OF THE RESTRICTIONS/CODE OF CONDUCT IN THIS SECTION 5 OR OF THE PRIVACY POLICY.

WE RESERVE THE RIGHT TO INVESTIGATE ANY ILLEGAL, SUSPICIOUS AND / OR UNAUTHORIZED USE OF OUR SERVICES, INCLUDING THOSE INVOLVING OUR MAIN SITE OR ANY OF OUR AFFILIATE SITES, AND WE WILL TAKE ANY LEGAL RECOURSE THAT WE DEEM APPROPRIATE. WE MAY ALSO REFER ACTIVITIES THAT WE DEEM SUSPICIOUS OR ILLEGAL TO THE PROPER GOVERNMENTAL AUTHORITIES FOR THEIR INVESTIGATION. FOR CLARITY AND THE AVOIDANCE OF DOUBT, THE PROVISIONS OF THIS SECTION 5 SHALL SURVIVE THE TERMINATION OF THIS AGREEMENT FOR ANY REASON, INCLUDING WITHOUT LIMITATION THE TERMINATION OF YOUR STATUS AS A MEMBER.

## 6. OUR PROPRIETARY RIGHTS

Our Service and all logos, trademarks, buttons icons, images, pictures, graphics, and content used in connection with our Services(collectively referred to as "Our Content") are protected under U.S. intellectual property laws, and are exclusively owned and/or controlled by us. UNAUTHORIZED USE, MODIFICATION, REPUBLISHING, TRANSMITTING, DISTRIBUTING OR DUPLICATING OR ANY OTHER MISUSE OF OUR CONTENT IS PROHIBITED.

## 7. DISCLAIMER OF WARRANTIES

YOU UNDERSTAND AND AGREE THAT THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. NEITHER WE NOR OUR RESPECTIVE SUPPLIERS MAKE REPRESENTATIONS ABOUT THE AVAILABILITY OF THE SERVICE OR THE CONTENT YOU OR OTHER USERS SUBMIT. YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. WE DISCLAIM TO THE FULLEST EXTENT PERMISSIBLE BY LAW, AND YOU WAIVE, ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, OR STATUTORY, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. FURTHER, TO THE EXTENT PERMITTED UNDER APPLICABLE LAWS, YOU HEREBY RELEASE US FROM ANY AND ALL CLAIMS OR LIABILITY RELATED TO ANY SERVICE OFFER BY OTHER USERS, ANY ACTION OR INACTION BY OTHER USERS, INCLUDING OTHER USER'S FAILURE TO COMPLY WITH THE TERMS OF THE AGREEMENT. THE FUNCTIONS AND FEATURES OF THE SERVICE ARE NOT

WARRANTED TO BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE. WE DISCLAIM ANY RESPONSIBILITY FOR THE DELETION, FAILURE TO STORE, MIS-DELIVERY, OR UNTIMELY DELIVERY OF ANY CONTENT. YOU ASSUME THE ENTIRE RISK OF LOSS OF CONTENT AND/OR DAMAGE DUE TO YOUR USE OF THE SERVICE.

IF ANY PROVISION OF THIS AGREEMENT IS DEEMED UNENFORCEABLE UNDER APPLICABLE LAW, SUCH PROVISION SHALL BE SEVERED FROM THIS AGREEMENT, AND THE REMAINING TERMS SHALL BE CONSTRUED AS IF SUCH PROVISION WERE NEVER INCLUDED, AND SHALL REMAIN ENFORCEABLE TO THE FULLEST EXTENT PERMITTED UNDER APPLICABLE LAW.

Other online platforms may allow users to link their PositiveSingles accounts and share content. When you share content in this way, you will still be bound by the PositiveSingles Terms of Service as well as the Terms of Service of the respective platform.

Any advice or opinions posted on the site or provided through the Service under this Agreement are for informational and entertainment purposes only and are not intended to replace or substitute for professional, financial, medical, legal, or other expert advice. The Company makes no representations or warranties and expressly disclaims any liability for any treatment, action, or effect on any person resulting from reliance on the information offered or provided within or through the Website. If you have specific concerns or encounter a situation that requires professional or medical advice, you should consult with a qualified and appropriately trained specialist and seek immediate attention from the relevant professional.

WE RECOMMEND THAT YOU CONSULT WITH AN ATTORNEY PRIOR TO ENTERING INTO THIS AGREEMENT.

## 8. NO CRIMINAL BACKGROUND SCREENING

You acknowledge and accept that the Company does not conduct any criminal background checks, background checks, or any other screening of its Members or any other users of its Services. While we aim to foster a respectful and secure user experience, we do not represent, guarantee, or warrant the behavior, accuracy of information, or suitability of any Member or other user, whether on or off our Service.

You assume all risks associated with using the Services, including, but not limited to, risks arising from online or offline interactions with other Members and other users. It is crucial to exercise caution and good judgment when communicating with or meeting strangers. Always prioritize your safety and take appropriate precautions during interactions

The Company reserves the right, at its sole discretion, to conduct criminal background checks or other screenings, but has no obligation to do so and, if it does so, using a scope of search at its sole discretion. By using our Services, you hereby authorize the Company to perform such

screenings if the Company elects to do so (in its sole discretion) You further agree that any information you provide may be used for these purposes. If the Company elects to conduct any screenings through a consumer reporting agency, you further authorize us to obtain and use a consumer report in accordance with applicable laws to evaluate your compliance with this Agreement.

You are solely responsible for your interactions with other Members and all other users. The Company does not, and cannot, guarantee your safety and is not a substitute for your own responsibility in following safety guidelines and taking necessary precautions. Communications you receive through the Services, including notifications sent by the Company through the Services, may stem from users misusing the Services for fraudulent, harassing, or other improper purposes and you hereby release the Company from any liability from such user.

Members may have the option to select a third-party service to conduct a verification using information provided by the Member. Those who successfully pass the verification may receive a "Verified" badge on their profile. You acknowledge that we do not provide any guarantees, either express or implied, regarding the accuracy or dependability of the third-party verification or the "Verified" badge, and PositiveSingles will not be held responsible for any damages of any kind, whether direct, indirect, general, special, compensatory, consequential, or incidental, arising from or in connection with the background verification or the "Verified" badge.

If you wish to report behavior of other Members that violates the contractual terms and conditions of this Agreement, you can use the "Report" button or similar buttons or links on the service, or contact us at support<AT>PositiveSingles.com; provided, however, you agree that the Company is under no contractual or legal obligation to take any action whatsoever in response to the information you have provided the Company in any such Report.


**9.** LIMITATION OF LIABILITY

YOUR USE OF THE SERVICE IS ENTIRELY AT YOUR SOLE RISK. WE AND OUR OWNERS, DIRECTORS, OFFICERS, EMPLOYEES, LICENSORS, AND AGENTS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY OR PUNITIVE DAMAGES OR LOSSES (INCLUDING WITHOUT LIMITATION LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES), WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY, OR OTHERWISE, WHICH YOU MAY INCUR IN CONNECTION WITH THE USE OF, OR INABILITY TO USE, THE SERVICE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR LOSS.

To the fullest extent permitted by applicable law, SuccessfulMatch shall not be liable for any incidental, special, consequential, or indirect damages arising from or relating to your use, or inability to use, the Services. This includes, but is not limited to, damages arising from the loss or

corruption of data or programs, interruptions in service, or the need to obtain substitute services, even if SuccessfulMatch has been advised of the potential for such damages. To the fullest extent permitted by applicable law, SuccessfulMatch's total liability, regardless of the form of action, in connection with this Agreement or the use of the Service or Website, shall not exceed the amount you have paid for your membership, or if no payment has been made for any service, the amount of US$30.00 or its equivalent.

## 10. INDEMNIFICATION

You hereby agree to indemnify, defend and hold us harmless and our parents, subsidiaries, affiliates, officers, directors shareholders, and agents for any and all loss, cost, disputes, demands, claims and liabilities (including reasonable attorneys' fees) arising out of or incurred due to: (i) your breach of the Agreement, including without limitation any violation of the "Restrictions/Code of Conduct" provisions set forth in Section 5 herein; (ii) your use or misuse of the Service; (iii) your violation of any law or the rights of any third party; and/or (iv) your interaction with other Service users.

## 11. TERMINATION

11.1 You may terminate your participation at any time by discontinuing use of the Service. At that time we may delete Content you have submitted via the Service in accordance with our Privacy Policy. If you have a dispute with us or with the Service, immediately cease all use of the Service. Ceasing all use of the Service is your only remedy with respect to any such dispute that you may have with us. If we terminate your subscription after the Trial Period has ended, you will not be entitled to any refund of unused subscription fees.

11.2 In the event the User breaches any of the terms or conditions of this Agreement or the Privacy Policy, the Company has the right to exercise, at its election, any one or more of remedies available to the Company at law, equity or contract, including without limitation exercising any one or more of the following:

(i) the Company shall have the right to immediately terminate this Agreement, including without limitation permanently terminating the Member's status as a Member; and/or

(ii) the Company shall have the right (at its sole election, but without any obligation to do so) to enforce the Restrictions/Code of Conduct set forth in Section 5 (including without limitation the Covenant Not to Misuse Other Member's Personal Information) against the breaching Member at any time.

Following the termination of this Agreement, we reserve the right to maintain specific account-related information for analytics, maintaining accurate records, fraud prevention, fee collection, enforcement of Agreement terms, safeguarding the Website and its users, and other legally permissible actions. Furthermore, any information previously shared with third parties in accordance with our Privacy Policy will be governed by their respective data retention policies.

Notwithstanding the Company's right to use your Content after termination of this Agreement pursuant to Section 4.1 herein, the Company does not have an obligation to retain or store any of your Content after any such termination of this Agreement.

In addition to any other provisions of this Agreement which by their nature are intended to survive the termination of this Agreement, the following Sections of this Agreement shall survive the termination of this Agreement for any reason (including without limitation any termination of your status as a Member or the termination of the Service): Section 3 (Profile Disclaimer, etc.); Section 4 (Use Rights); Section 5 (Restrictions/Code of Conduct); Section 6 (Proprietary Rights); Section 7 (Disclaimer of Warranties); Section 9 (Limitation of Liability); Section 10 (Indemnification), this Section 11 (Termination); Section 12 (Changes); Section 13 (Affiliates, etc); Section 14 (Privacy); and Section 18 (General).

11.3 You agree that any notice to us shall be made via email to support<AT>PositiveSingles.com or contact us. If the notice concerns your withdrawal from the Service or cancelation or termination of your membership, it will be effective within a reasonable time after we receive it.

## 12. CHANGES TO SERVICES AND TERMS OF THE AGREEMENT

The Company reserves the right to change the terms of this Agreement from time to time or at any time, including without limitation: (i) modifying, suspending, or discontinuing (in whole or in part) any feature, or add new features associated with your access and use of the Service; or (ii) adjusting the availability of features within our subscription plans (collectively, a "Change(s)"). The Company reserves the right to make these Changes by giving any notice that the Company deems reasonable (both in form and where such notice will be posted), provided, however the Company reserves the right not to give a separate or individualized notice to you of such Changes. We shall not be liable to you for any Changes, including without limitation any addition, modification, suspension, or discontinuance (in part or wholly) to or of the Service and/or features associated with the availability or use of Content. Without limiting the foregoing, in any way, pursuant to any such Changes, we reserve the right to: (i) establish additional policies and practices concerning use of the Service; and/or (ii) change any term of this Agreement (in part or in whole) at any time, with or without prior notice. If, as a part of any such Changes, we add any new features that do not materially affect the Services and terms of the Agreement, we may not update this Agreement. Such new features are provided pursuant to the terms of this Agreement, and any specific terms provided with each feature.

YOU ARE RESPONSIBLE FOR REGULARLY REVIEWING THE SITE FOR ANY CHANGES. BY CONTINUING TO ACCESS OR USE ANY SITES OR OUR SERVICES, YOU ARE HEREBY DEEMED TO HAVE ACCEPTED SUCH SUCH CHANGES AND TO BE LEGALLY BOUND BY SUCH CHANGES AND BY THIS AGREEMENT AS IT IS UPDATED BY SUCH CHANGES.

## 13. AFFILIATE AND THIRD PARTY SITES

13.1 As explained in the Introduction, in addition to the Main Site, PositiveSingles.com, we work with a number of Affiliate Sites as defined above.

These Affiliate Sites potentially increase the number of individuals with whom you may have a match by facilitating the registration of additional Members. Your profile and any Content you upload or provide will be made available to Members of the Main Site (ie: PositiveSingles.com), including those who join the Main Site through, by way, or by referral from, any Affiliate Sites. All Members who register for the Main Site (ie: PositiveSingles.com) consent to and are bound by the terms of this Agreement.

Separately, some Third Party Sites may provide links to our Main Site and Affiliate Sites.

13.2 We do not share Member profiles or other information with these Third Party Sites except as set forth in this Agreement, including without limitation in the Privacy Policy. However, before directing you to our Main Site or an Affiliate Site, these Third Party Sites may collect data or solicit personal information from you. We neither own, operate, nor control such Third Party Sites and are not responsible for their content or actions. Please read the terms and conditions and privacy policies of any Third Party Site that links to our Service before providing that Third Party Site with your data.

13.3 From time to time, SuccessfulMatch may make available third-party opinions, advice, statements, offers, or other content on the Website and/or through the Service. All third-party content is the responsibility of its respective authors and should not be considered as endorsed, verified, or guaranteed by SuccessfulMatch. The authors of such third-party content are solely accountable for its accuracy and validity.

SuccessfulMatch does not: guarantee the accuracy, completeness, or usefulness of any third-party content on the Website or provided through the Service; or adopt, endorse, or assume responsibility for the accuracy or reliability of any opinion, advice, or statement made by any third party on the Website or Service.

Under no circumstances shall SuccessfulMatch, its affiliates, or subsidiaries be liable for any loss or damage resulting from reliance on any information or content posted on the Website, provided through the Service, or transmitted to or by any members.

13.4 Links to other websites on the PositiveSingles are provided only for your convenience. We are not responsible for, and do not control, approve or endorse these linked websites and the information contained therein.

## 14. PRIVACY

14.1 We collect and use information about you and your use of the Service and Content for the purpose of making the same available to you and for developing and improving the Service.

Please review our Privacy Policy for more information at:
https://www.positivesingles.com/privacyPolicy

14.2 We take your privacy very seriously and has a number of provisions in the Service Agreement designed to protect your privacy and confidential information communicated between you and another member you meet on our site. Each Member is bound by the confidentiality provisions of set forth in the "Restrictions/Code of Conduct" provisions in Section 5 herein.

## 15. MINORS

Under age use of our Service is prohibited. Our privacy practices are consistent with the Federal Children's Online Privacy Protection Act ("COPPA") and we will not knowingly request or collect personal information from any child under the age of majority. If a child under 19 submits personal information to us and we learn that such information is of a child under 19 we will make commercially reasonable efforts to delete the information as soon as possible. If you believe that we might have collected any personal information from a child under the age of 19, please contact us at support<AT>positivesingles.com or contact us. BY REGISTERING FOR AN ACCOUNT, YOU REPRESENT THAT YOU ARE AN ADULT OVER THE AGE OF 19, HAVE THE CAPACITY TO CONSENT, AND AGREE TO BE PERSONALLY BOUND BY ALL OF THE TERMS OF THIS AGREEMENT.

Posting or transmitting material that exploits individuals under 19 years old, requesting personal information from anyone under 19, failing to report knowledge of an individual under 19 to support<AT>PositiveSingles.com, or continuing to use the site to interact with anyone you know or suspect is under 19, is strictly prohibited. Any violation of these rules will lead to the termination of your Membership and may result in a referral to law enforcement or other agencies, including the National Center for Missing and Exploited Children.

## 16. ACCESSIBILITY STATEMENT

We care about our community and strive to incorporate Web Content Accessibility Guidelines 2.0 (WCAG) and other measures to assist with making our Service user friendly and accessible to visitors with disabilities. WCAG principles provide for website content to be perceivable, operable, understandable, and robust. We have a team of dedicated professionals who regularly evaluate the content of our Service in relation to WCAG's recommendations and who accordingly assist with operationalizing the same. Not all WCAG principals are operational and you understand that the application and use of WCAG recommendations will vary based upon the dynamic nature of the content on our Service.

Please contact us by e-mail at supportpositivesingles.com for assistance with accessing and using the Service.

**17. COMMUNICATIONS**

By agreeing to the terms of this Agreement, you consent to receive communications sent from or on behalf of us regarding the Service, Content, and/or your rights and obligations under this Agreement.

**18. GENERAL**

18.1 Governing Law. Regardless of where you live or from which physical location you access our Service, the substantive and choice of law provisions of the State of Delaware shall apply to this Agreement and your access and use of the Service, and any action related thereto, without regard to Delaware's conflict of law provisions, but Delaware law shall not apply to the arbitration provisions in Section 18.3 of this Agreement, which are governed solely by the Federal Arbitration Act.

18.2 Non-Waiver. Our failure to exercise or enforce any right or provision of this Agreement or the Privacy Policy shall not constitute a waiver of such right or provision.

18.3 Alternative Dispute Resolution. By entering into this Agreement, you agree that, if any dispute arises out of or in any way related to this Agreement and/or your use of the Service, any and all such disputes shall be resolved by submission to binding arbitration in San Francisco, California before a retired judge or justice with JAMS pursuant to JAMS Comprehensive Arbitration Rules and Procedures ("JAMS Rules") in effect at the time of any such dispute. Pursuant to JAMS Rules in effect at the time, You or the Company may request that the Arbitrator conduct any proceeding, or any portion thereof, in person or virtually by conference call, videoconference or using other communications technology with participants in one or more geographical places. We mutually agree that the arbitrator, and not any federal, state, or local court or agency, shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or formation of this Agreement, including, but not limited to, any claim that all or any part of this Agreement is void or voidable. If the parties are unable to agree on a JAMS retired judge or justice within fifteen (15) calendar days of a demand for arbitration filed with JAMS by either of us, JAMS will follow the procedure in its Comprehensive Arbitration Rules and Procedures to name a retired judge or justice who will act as the sole arbitrator. Any decision of the arbitrator may be confirmed by a court of competent jurisdiction and the ensuing judgment may thereafter be enforced in the same manner as a judgment in a civil action. The ensuing judgment may also be appealed pursuant to applicable federal law. You acknowledge and agree that this Agreement involves interstate commerce and that this arbitration provision is governed by the Federal Arbitration Act.

18.4 Class Action Waiver. Except as otherwise required under applicable law, (i) we mutually intend and agree that neither will assert any class actions or representative actions, nor will such actions or procedures apply in any arbitration pursuant to this Agreement; (ii) we mutually agree that neither will assert class action or representative action claims against the other in

arbitration or in any other proceeding or action; and (iii) you shall only submit your own, individual claims in arbitration and will not seek to represent the interests of any other person.

18.5 Arbitration Confidentiality. The Disputes, as well as the arbitration proceedings and award regarding such Disputes, shall be kept strictly confidential and governed by the confidentiality provisions addressed elsewhere in this Agreement.

18.6 Arbitral Jurisdiction. We agree that this Agreement involves interstate commerce and the arbitration will be governed by the provisions of the Federal Arbitration Act (9 U.S.C. 1 et seq.). California substantive law shall govern the underlying Disputes to be arbitrated. We agree that the arbitrator, not any federal or state court judge, shall have the exclusive jurisdiction to resolve any and all disputes regarding the arbitrator's jurisdiction and the interpretation, applicability, enforceability or formation of this binding Agreement to arbitrate, including but not limited to determining which Disputes are subject to arbitration, or any contention that all or any part of this arbitration agreement is unenforceable, voidable or void.

## 19. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA")

19.1 Infringement Notification If you believe that your Content has been copied and posted on our Service in a way that constitutes copyright infringement, please provide our designated agent with the following information:

your contact information (i.e. name, email address, telephone number, and address);
a description of the copyrighted work of concern;
a link to the location(s) on the Service of the copyrighted work of concern;
a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
a signed statement by you, made under penalty of perjury, that the information contained in your report is accurate and that you are the copyright owner (or authorized to act on behalf of the copyright owner).

The foregoing information ("DMCA Notice") should be sent to our "Designated Agent" as follows:
SuccessfulMatch.com
Attn: Legal Counsel – DMCA Agent
RE: DMCA NOTICE
10 - 8707 Dufferin St, Suite 160
Vaughan, Ontario L4J 0A6
Canada

19.2 Counter-Notice. If your work has been removed due to a DMCA Notice pursuant to the foregoing procedure, and you believe that your content is not infringing, then you may send a counter-notice ("DMCA Counter-Notice") to our Designated Agent (contact information above) containing the following information:

Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;
A statement that you have a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the Content;
Your contact information (i.e. name, email address, telephone number, and address), a statement that you consent to the jurisdiction of the United States District Court of San Francisco California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement;
Your physical or electronic signature.

If a DMCA Counter-Notice is received by our Designated Agent, then we may send a copy of the DMCA Counter-Notice to the original complaining party informing that person that we may replace the removed Content or cease disabling it after a reasonable time period. Unless the alleged copyright owner files an action seeking a court order against the content provider, member, or user, the removed content may be replaced, or access to it restored, in a reasonable time period after receipt of the DMCA Counter-Notice, at our sole discretion.

## 20. Personal Use Only - No Commercial Activity Permitted

The Website and Service are intended strictly for personal, non-commercial usage. Any usage by media organizations, business competitors, or entities/individuals seeking financial gain is classified as "Commercial Use" by "Commercial Users." Prohibited commercial activities include, but are not limited to:

1. Marketing or promoting products/services not provided by the Company to other users
2. Organizing commercial gatherings, business networking events, or social functions for profit
3. Engaging in unauthorized media or press activities (media inquiries must be sent to press<AT>PositiveSingles.com)
4. Gathering business leads or customer data for any commercial purposes (regardless of whether such activities occur on or off the platform)
5. Data mining, scraping, or unauthorized collection of platform information

Institutional entities - including organizations, corporations, agencies, businesses, and any non-individual entities - are prohibited from becoming Members or utilizing the Website/Service for any purpose.
The Company reserves the right to investigate and take appropriate legal measures against unauthorized or illegal Website usage, including:

• Unauthorized collection of member contact information for spam purposes
• Unauthorized framing or linking to the Website
• Display of Website content on other platforms without permission

Users must obtain explicit prior consent before contacting other members using information obtained through the Service. The Company may investigate suspicious activities and pursue

available legal remedies, including civil action, criminal charges, and injunctive relief. Suspicious activities may also be reported to relevant authorities at the Company's discretion.

## 21. Harassment of SuccessfulMatch or PositiveSingles Staff Is Prohibited

You agree not to engage in any form of harassment, annoyance, intimidation, or threats towards SuccessfulMatch or PositiveSingles staff or agents or contractors who are providing services to you. Should we find your behavior towards any of our staff to be threatening or inappropriate, we reserve the right to immediately terminate the Agreement.

## 22. QUESTIONS

If you have any questions about this Agreement please contact us at:

SuccessfulMatch.com

10 - 8707 Dufferin St, Suite 160

Vaughan, Ontario L4J 0A6

Canada

[support<AT>PositiveSingles.com](support<AT>PositiveSingles.com)

MEMBER'S AGREEMENT

BY CHECKING THE "AGREE" BOX, I CONFIRM THAT I HAVE READ AND UNDERSTOOD THIS AGREEMENT AND THAT I CONSENT TO ITS TERMS AND CONDITIONS.

BY CHECKING THE "AGREE" BOX, I REPRESENT AND WARRANT THAT I HAVE THE AUTHORITY AND CAPACITY TO ENTER INTO THIS AGREEMENT, THAT I DO SO OF MY OWN FREE CHOICE, AND THAT I WILL ABIDE BY ALL THE TERMS AND CONDITIONS IN THIS AGREEMENT, INCLUDING THE PRIVACY POLICY, WHICH MAY BE MODIFIED FROM TIME TO TIME.